```
_____ FILED    _____ LODGED
            _____ RECEIVED

           FEB 04 2015

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIDBROOK FLOWERBULBS HOLLAND B.V.,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA BULB FARMS, INC., a Washington corporation,<br>    Defendant,<br><br>UNION BANK, N.A.,<br>    Garnishee Defendant | NO. 3:14-cv-05409-RJB<br><br>ORDER ISSUING WRIT OF GARNISHMENT<br><br>Miscellaneous Action No. MC15-5005BHS |

THIS MATTER having come before the undersigned judge of the above entitled Court upon the Plaintiff's Application for Writ of Garnishment, and the Court being fully advised in the premises, NOW, THEREFORE, it is hereby

//

//

//

ORDER ISSUING WRIT OF
GARNISHMENT - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan Street
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

1  ORDERED, ADJUDGED AND DECREED that the Application for Writ of
2  Garnishment is granted and the Writ of Garnishment shall be issued in accordance with
3  Plaintiff's Application for Writ of Garnishment.
4  DONE EX PARTE this ____ day of _____, 2015.

Judge/Court Commissioner

Presented by:

SCHWEET LINDE & COULSON, PLLC

Thomas S. Linde, WSBA # 14426
Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
Telephone: (206) 381-0125
Fax: (206) 381-0101
E-mail: TomLinde@schweetlaw.com

ORDER ISSUING WRIT OF
GARNISHMENT - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN STREET
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101